SEALED

ORDERED UNSEALED on **11/22/2022**   s/ judep

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE RAMON CABRALES,<br>a.k.a. "Gboiii,"<br><br>Defendant. | Case No.:  '22 MJ4073<br><br>COMPLAINT FOR VIOLATION OF:<br><br>21 U.S.C. § 841(a)(1) –<br>Possession of Cocaine Base with Intent to Distribute (Felony) |

The undersigned complainant being duly sworn states:

Count 1

On or about October 26, 2022, within the Southern District of California, the defendant George Ramon CABRALES, did knowingly possess with the intent to distribute approximately 412.85 grams, of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

_____
Ricardo Jimenez
ATF Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 7TH day of November 2022.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers involved in George Ramon CABRALES' ("CABRALES") arrest, unless otherwise noted. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about April 2022, the Chula Vista Police Department ("CVPD") began investigating George Ramon CABRALES ("CABRALES"), a.k.a. "Negro", and "Gboiii", a known OGP criminal street gang member and known person prohibited of possessing firearms and ammunition. Officers were monitoring Instagram social media accounts with the usernames "el_georgito17", "elgboiii", and "xxgboiiixx" belonging to CABRALES. Officers observed CABRALES had posted live videos and photos of himself in which his face was visible multiple times on the social media platform.

Officers observed that from approximately April 2022 to approximately October 2022, CABRALES made multiple posts on his social media page, which included pictures and captions, openly advertising firearms and narcotics for sale.

On or about October 21, 2022, officers requested and obtained state search warrant number 2210211203-CVPD-FXM-SW-1, signed by the Honorable Judge Fredrick Maguire of the San Diego Superior Court. The search warrant authorized the search of CABRALES, his residence, located at 35 East Flower Street #218, in the City of Chula Vista and County of San Diego, and associated vehicles. The warrant authorized the seizure of cell phones and other electronic devices.

On or about October 26, 2022, at approximately 1000 hours, CVPD officers went to CABRALES' residence to execute the search warrant. Officers knocked on the front door and made multiple announcements and lawful commands. CABRALES did not communicate with the officers nor come to the door. Officers feared CABRALES was attempting to destroy and get rid of evidence inside his residence. After multiple

3

announcements, and a reasonable amount of time given to CABRALES to exit the residence officers to forced entry into the residence.

The front door the of residence swung open, and officers observed CABRALES standing in the living room of his residence. CABRALES was standing in the living room with his left hand inside of his waistband, and due to the recent post of CABRALES being in possession of firearms, officers believed CABRALES was armed and dangerous. Officers gave multiple lawful commands to CABRALES, which he complied with, and officers were able to take CABRALES into custody. CABRALES was the sole occupant at his residence.

While conducting a security sweep of the residence, officers observed a large amount of blue M-30 pills inside CABRALES's toilet bowl. Based on officers' training and experience, officers believed the M-30 pills to be fentanyl. The M-30 pills were poorly pressed and seemed to be altered. The blue poorly pressed M-30 pills later tested positive for Acetaminophen using a Thermo Scientific TruNarc Analyzer to identify the narcotics. The makers of these narcotics use small amounts of Fentanyl blended into multiple cutting agents such as acetaminophen and pressed them into pills labeled "M-30". There were approximately 3000 M-30 pills located out of the toilet bowl, and around the toilet in CABRALES's bathroom.

Prior to beginning the search of the residence, Sergeant Alvarez observed a loaded Smith & Wesson, model Governor, .410 2 ½ gauge or .45 ACP caliber, bearing serial number CTY9724, in plain view on the carpet of CABRALES's bedroom near his bedroom window. The firearm was loaded with three .45 long colt rounds. Officers later performed records check and learned the firearm was also reported stolen by Las Vegas Metro Police Department in October of 2021.

Once the scene was safe, officers searched CABRALES' residence. Officers found CABRALES to be in possession of:

- A small plastic bag that contained a white powder-like substance. The white powder-like substance later tested presumptively positive for cocaine with a total net weight of approximately 0.73 grams.
- A vacuum-sealed container, hidden in the bed compartment, contained a white powder-like substance. The white powder like substance later tested presumptively positive for cocaine with a gross weight of 401.6 grams.
- Nine (9) individually packaged plastic baggies that contained a white powder-like substance in a brown container in the closet of CABRALES's bedroom. The white powder-like substance later tested positive for cocaine with a total gross weight of approximately 10.52 grams.
- Approximately 3,000 blue M-30 pills (suspected fentanyl)
- Approximately fifteen (15) individually packaged plastic bags that contained green pills with the Mercedes-Benz logo imprinted on them (suspected MDMA/Ecstasy). There were approximately 100 green pills per bag, for an approximate total of 1,500 pills.
- A Food saver sealer in the kitchen cabinets and approximately two (2) vacuum sealers. Food savers and vacuum sealers are commonly used by drug dealers to vacuum seal narcotics for transporting and conceal the smell, in an attempt to thwart law enforcement efforts.
- Two (2) boxes of unused plastic baggies. The small size of these bags is indicative of packaging narcotics for sale.
- Approximately Sixteen (16) empty prescription bottles for hydrocodone, oxycodone, and alprazolam inside of kitchen cabinet with approximately 6 different names on 16 bottles and different prescribers.
- Approximately twenty-five (25) empty bottles of alprazolam (Xanax) were inside the bedroom dresser.
- Approximately one hundred forty-two (142) 20 mg oxycodone pills were located inside of a prescription bottle prescribed to Shannon Rittmon.

- Approximately one hundred one (101) Percocet pills were located in a prescription bottle prescribed to Treva Andres.
- Approximately (55) Alprazolam pills were located in a prescription bottle prescribed to Tammy McCrackin.
- Approximately fifteen (17) empty bottles of promethazine in the kitchen cabinet
- One (1) operational digital scale. Drug dealers use operational scales to weigh out individual doses for sale.
- Approximately $8,182
- One (1) Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852, that found concealed inside of a hidden compartment in the inner rim of the bed frame. The Sig Sauer was loaded with nine (9) rounds of 9mm Luger ammunition.
- One (1) Beretta, model APX, 9mm Luger caliber pistol, bearing serial number A157044X, was found underneath a couch cushion located in the living room. The Beretta was loaded with sixteen (16) rounds of 9mm Luger ammunition.
- One (1) Glock 43 variant Privately Made Firearm ("PMF") that did not contain any legitimate manufacturing markings or serial number (also known often referred to as a "ghost gun") and contained various weapon parts, such as magazine release, and slide release.
- Five (5) Polymer 80 jigs were located inside the bedroom dresser. Polymer 80 jigs are used to manufacture PMFs ("ghost guns"). Additionally, officers located tools necessary to assemble and manufacture Polymer 80's into a complete and fully assembled handguns.
- An Empty Glock 43 box bearing serial number AGDT711 was found in the bedroom closet.
- Approximately one hundred ten (410) rounds of assorted ammunition.
- a container of gunpowder, gun powder scale, and a bucket of ammunition reloading equipment inside the bedroom.

Officers later admonished CABRALES of his Miranda rights. CABRALES understood his rights and implied he wanted to speak to officers. CABRALES essentially stated the following paraphrased statements:

- CABRALES stated he is currently employed, and that he does a lot of things for work.
- Officers asked him if he owned the firearms for protection or to shoot at people. CABRALES stated he only owned one firearm, which was the Sig Sauer P365 SAS located by his bed.
- CABRALES denied any knowledge of the other firearms located in his residence and he stated they did not belong to him.
- CABRALES told officers he does not use drugs, and then stated he does use drugs. CABRALES stated he used oxycodone for the pain in his teeth, and he "sips" promethazine cough syrup. CABRALES said he had been using drugs all his life, and believed he was a drug addict.
- CABRALES stated he didn't think he had to buy a gun at a gun store because it was Arizona. CABRALES stated multiple times that he didn't think he had to buy guns at gun stores.

Presumptive tests on the suspected narcotics seized revealed approximately 412.85 grams (g) of cocaine. CABRALES possessed working scales and narcotics packaging materials.

CABRALES possessed approximately four (4) firearms and approximately 410 rounds of ammunition. Furthermore, one of the firearms was a stolen firearm. CABRALES also possessed multiple firearm manufacturing and ammunition manufacturing equipment and tools.

Preliminary records checks revealed the following criminal history below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 03/01/2017 | CASO SAN DIEGO | 23153(E) VC – DUI DRUG: CAUSING BODILY INJURY (F) | Unable to confirm |

The firearms were seized and inspected. Three of the firearms were determined to be: a Smith & Wesson, model Governor, .410 2 ½ gauge or .45 ACP caliber, bearing serial number CTY9724; a Beretta, model APX, 9mm Luger caliber pistol, bearing serial number A157044X; and Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852. Preliminary checks also revealed that none of these firearms were manufactured in California.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing this Complaint, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of the probable cause statement and related documents may cause the defendant to flee or avoid prosecution and may cause destruction of evidence and may have a negative impact on this continuing investigation.