**FILED**
Nov 29 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ cynthial  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>GEORGE RAMON CABRALES,<br>  aka "Gboiii,"<br><br>              Defendant. | Case No. **'22 CR2728 BAS**<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(8) – Felon in Possession of a Firearm; Title 18, U.S.C., Secs. 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Engaging in the Business of Dealing Firearms Without a License; Title 21, U.S.C., Secs. 841(a)(1) – Possession with Intent to Distribute Cocaine Base; Title 18, U.S.C., Sec. 924(c) – Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1
Felon in Possession of a Firearm
[18 U.S.C. § 922(g)(1)]

On or about October 26, 2022, within the Southern District of California, defendant GEORGE RAMON CABRALES, aka "Gboiii," knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

MCB:BAM:nlv:San Diego:11/28/22

## Count 2
### Engaging in the Business of Dealing Firearms Without a License
[18 U.S.C. § 922(a)(1)(A)]

Beginning no later than April 2022 and continuing until at least October 26, 2022, within the Southern District of California, defendant GEORGE RAMON CABRALES, aka "Gboiii," not being licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## Count 3
### Possession with Intent to Distribute Cocaine Base
[21 U.S.C. § 841(a)(1)]

On or about October 26, 2022, within the Southern District of California, defendant GEORGE RAMON CABRALES, aka "Gboiii," did knowingly possess with intent to distribute approximately 412.85 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 4
### Possession of a Firearm in Furtherance of a Drug Trafficking Crime
[18 U.S.C. § 924(c)]

On or about October 26, 2022, within the Southern District of California, defendant GEORGE RAMON CABRALES, aka "Gboiii," did knowingly possess a firearm, that is a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession of cocaine with intent to distribute, the crime charged in Count 3; in violation of Title 18, United States Code, Section 924(c).

FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 4 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offenses alleged in Count 3 of this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant GEORGE RAMON CABRALES, aka "Gboiii," shall forfeit to the United States all their rights, title and interest in any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 3 of this Indictment. The properties to be forfeited include, but are not limited to: (1) a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852; (2) a Smith & Wesson, model Governor, .410 2 ½ or 45 ACP caliber, bearing serial number CTY9724; (3) a Beretta, model APX, 9mm Luger caliber pistol, bearing serial number A157044X; (4) a Glock 43 variant Privately Made Firearm ("PMF") that did not contain any legitimate manufacturing markings or serial number; (5) approximately 110 rounds of ammunition; (6) gunpowder; (7) gunpowder scale; (8) ammunition reloading equipment; (9) five Polymer 80 jigs and associated tools; and $8,182 United States currency.

3. Upon conviction of one or more of the offenses alleged in Counts 1 through 4 of this Indictment, defendant GEORGE RAMON CABRALES, aka "Gboiii," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: (1) a Sig Sauer, model P365 SAS, 9mm Luger caliber pistol, bearing number 66B344852; (2) a Smith & Wesson, model Governor, .410 2 ½ or 45 ACP caliber, bearing serial number CTY9724; (3) a Beretta, model APX, 9mm Luger caliber pistol, bearing serial number A157044X; (4) a Glock 43 variant Privately Made Firearm ("PMF") that did not contain any legitimate manufacturing markings or serial number; (5) approximately 110 rounds of ammunition; (6) gunpowder; (7) gunpowder scale; (8) ammunition reloading equipment; and (9) five Polymer 80 jigs and associated tools; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

DATED: November 29, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
BADIH A. MOUANNES
MATTHEW BREHM
Assistant U.S. Attorneys

4