UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-02728-BAS |
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| GEORGE RAMON CABRALES aka "Gboiii", | |
| Defendant. | |

On September 14, 2023, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title, and interest of GEORGE RAMON CABRALES, ("Defendant") in the following firearms, ammunition, firearm parts and accessories, currency, and tools used to manufacture firearms pursuant to Title 21, United Sates Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c):

a. One (1) Beretta, Pietro S.P.A. APX Pistol, CAL: 9, SN: A157044X;
b. One (1) Sig Sauer (Sig Arms) P365 SAS Pistol, CAL:9 SN:66B344852;
c. Five (5) Rounds Assorted Ammunition CAL:762;
d. One (1) Rounds Winchester-Western Ammunition, CAL:9;
e. Three (3) Rounds Assorted Ammunition CAL:9;
f. Three (3) Rounds Remington Ammunition CAL:45;

|   |    |                                                                      |
|---|----|----------------------------------------------------------------------|
| 1 | g. | Two (2) Rounds Assorted Ammunition CAL:9;                            |
| 2 | h. | Nine (9) Rounds PPU Ammunition Cal: 9;                               |
| 3 | i. | Twenty (20) Rounds Assorted Ammunition CAL: Multi;                   |
| 4 | j. | Sixteen (16) Rounds Assorted Ammunition CAL:9;                       |
| 5 | k. | One (1) Rounds Federal Ammunition CAL:9;                             |
| 6 | l. | One (1) Rounds Winchester- Western Ammunition CAL:9;                 |
| 7 | m. | Three (3) Rounds Assorted Ammunition CAL: 308;                       |
| 8 | n. | Two (2) Rounds Assorted Ammunition CAL:9;                            |
| 9 | o. | Forty (40) Rounds Assorted Ammunition CAL: 30-30;                    |
| 10-11 | p. | Two Hundred and Fifty Six (256) Rounds Assorted Ammunition CAL: Multi; |
| 12 | q. | One (1) Smith & Wesson Governor Revolver CAL:45/410 SN:CTY9724;      |
| 13 | r. | $8,182.00 U.S. Currency;                                             |
| 14 | s. | gunpowder scale;                                                     |
| 15 | t. | gunpowder;                                                           |
| 16 | u. | Ammunition reloading equipment;                                      |
| 17 | v. | Five (5) Polymer 80 jigs and associated tools; and                   |

For thirty (30) consecutive days ending on October 19, 2023, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the firearms, currency, and ammunition, in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third-parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in in the firearms, currency, and ammunition.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited firearms, ammunition, and currency described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, as a result of the failure of any third-party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of GEORGE RAMON CABRALES and any and all third parties, in the following firearms, ammunition, firearm parts and accessories, currency, and tools used to manufacture firearms are hereby condemned, forfeited, and vested in the United States of America:

a. One (1) Beretta, Pietro S.P.A. APX Pistol, CAL: 9, SN: A157044X;
b. One (1) Sig Sauer (Sig Arms) P365 SAS Pistol, CAL:9 SN:66B344852;
c. Five (5) Rounds Assorted Ammunition CAL:762;
d. One (1) Rounds Winchester-Western Ammunition, CAL:9;
e. Three (3) Rounds Assorted Ammunition CAL:9;
f. Three (3) Rounds Remington Ammunition CAL:45;
g. Two (2) Rounds Assorted Ammunition CAL:9;
h. Nine (9) Rounds PPU Ammunition Cal: 9;
i. Twenty (20) Rounds Assorted Ammunition CAL: Multi;
j. Sixteen (16) Rounds Assorted Ammunition CAL:9;
k. One (1) Rounds Federal Ammunition CAL:9;
l. One (1) Rounds Winchester- Western Ammunition CAL:9;
m. Three (3) Rounds Assorted Ammunition CAL: 308;
n. Two (2) Rounds Assorted Ammunition CAL:9;
o. Forty (40) Rounds Assorted Ammunition CAL: 30-30;
p. Two Hundred and Fifty Six (256) Rounds Assorted Ammunition CAL: Multi;
q. One (1) Smith & Wesson Governor Revolver CAL:45/410 SN:CTY9724;
r. $8,182.00 U.S. Currency;
s. gunpowder scale;
t. gunpowder;
u. Ammunition reloading equipment;

v. Five (5) Polymer 80 jigs and associated tools; and

IT IS FURTHER ORDERED that the Bureau of Alcohol Tobacco, Firearms, and Explosives ("ATF") shall dispose of the forfeited firearms, ammunition, firearm parts and accessories, and tools used to manufacture firearms, forthwith in accordance with the law.

IT IS FURTHER ORDERED that the United States Marshals Service ("USMS") shall dispose of the forfeited currency, forthwith in accordance with the law.

DATED: 1-19-24

_____
Hon. Cynthia Bashant
United States District Court Judge